IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEITH BROCKSMITH, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3202 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM AND ORDER |
| DUNCAN AVIATION, | ) | |
| | ) | |
| Defendant. | ) | |

1) The Unopposed Motion for Extension of Time to File Dispositive Motions, (Filing No. 32), is granted. The dispositive motions deadline is extended to June 22, 2010.

2) The pretrial conference remains scheduled before the undersigned magistrate judge on September 23, 2010 at 10:00 a.m. Counsel shall email a draft pretrial conference order to zwart@ned.uscourts.gov, in either MS Word or WordPerfect format, by 5:00 p.m. on September 22, 2010, and the draft order shall conform to the requirements of the local rules.

DATED this 4th day of June, 2010.

BY THE COURT:

S/ *Cheryl R. Zwart*
United States Magistrate Judge